IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51120
Summary Calendar
_____

MICHAEL MEDLOCK,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-97-CV-159-SC
- - - - - - - - - -

October 22, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Michael Medlock appeals from the district court's judgment affirming the denial of his applications for disability insurance benefits and supplemental security income. He argues that the administrative law judge (ALJ) erred by disregarding the evidence of his mental impairments and his chronic pain. A review of the record shows that the administrative law judge adequately

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

considered the evidence of Medlock's mental impairments and his chronic pain, and the decision that Medlock was not disabled is supported by substantial evidence on the record as a whole.  See Muse v. Sullivan, 925 F.2d 785, 789 (5th Cir. 1991); Anthony v. Sullivan, 954 F.2d 289, 292 (5th Cir. 1992).  Accordingly, the judgment of the district court is AFFIRMED.